UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HECTOR O. BELEN,**

    **Plaintiff,**

v.                                         Case No: 6:18-cv-1586-Orl-41LRH

**KINNERET, INC. and KINNERET II, INC.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Renewed Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice ("Motion," Doc. 25). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 26), recommending that the Motion be granted in part. Specifically, Judge Hoffman recommends striking the modification provision and approving the Settlement Agreement (Doc. 25-1) as amended. (*Id.* at 6–7).

After a *de novo* review of the record, and noting that the parties filed a Joint Notice of Non-Objection (Doc. 27), the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The modification provision (Doc. 25–1 ¶ 16), to the extent that it purports to allow the Settlement Agreement to be modified without Court approval, is **STRICKEN**.

3. The Renewed Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice (Doc. 25) is **GRANTED in part**; the Settlement Agreement (Doc. 25-1),

as amended by this Court, is **APPROVED**; and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 2, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record